UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

BRENDAN KRETSCHMER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CURB MOBILITY LLC, CREATIVE MOBILE TECHNOLOGY, LLC, ARRO, INC., and FLYWHEEL TECHNOLOGIES, INC.,

    Defendants.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Case No. 1:25-cv-09758

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brendan Kretschmer, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice and without costs or attorneys' fees to any party, against the Defendants.

Dated: January 12, 2026

Respectfully submitted

/s/ *Kyle Roche*
Kyle Roche
Edward Normand
Stephen Lagos
**Freedman Normand Friedland LLP**
155 E. 44th Street, Suite 915
New York, New York 10017
(646) 494-2900
kroche@fnf.law
tnormand@fnf.law
slagos@fnf.law

Don Bivens (*pro hac vice*)
**Don Bivens PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale 85254
(602) 762 2661
don@donbivens.com

*Attorneys for Plaintiff*

Dated:   January 21, 2026
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE